No. 171. HYGIENIC PRODUCTS Co. *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Meyer A. Cook* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *J. Louis Monarch* for respondent.

No. 172. NAKDIMEN ET AL. *v.* BAKER. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. James B. McDonough, G. O. Patterson,* and *Edward H. Patterson* for petitioners. *Messrs. Harold R. Small* and *Thomas B. Pryor* for respondent.

No. 174. UNITED DRUG Co. *v.* OBEAR-NESTER GLASS Co. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. William F. Davis, Jr.* and *Delos G. Haynes* for petitioner. *Messrs. Lawrence C. Kingsland* and *Edmund C. Rogers* for respondent.

No. 179. WOODS, COURT TRUSTEE, *v.* ARLINGTON, INC. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Weightstill Woods* for petitioner. *Mr. Vincent O'Brien* for respondent.

No. 181. FLEISHHACKER *v.* BLUM ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Her-*

man Phleger, Maurice E. Harrison, and John Ford Baecher for petitioner. Mr. Harold C. Morton for respondents.

No. 182. STRATES ET AL. v. DIMOTSIS ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. Mr. W. A. Keeling for petitioners.

No. 184. HELVERING, COMMISSIONER OF INTERNAL REVENUE, v. HORSESHOE LEASE SYNDICATE. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. Solicitor General Biddle for petitioner. Mr. George S. Atkinson for respondent.

No. 185. PENNSYLVANIA-READING SEASHORE LINES v. CAWMAN, ADMINISTRATRIX. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. Mr. Alfred E. Driscoll for petitioner. Mr. James H. McHale for respondent.

No. 186. DE LA TORRE v. FIRST NATIONAL BANK OF NEW YORK. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. Mr. Henry G. Molina for petitioner. Mr. Earle T. Fiddler for respondent.

No. 193. BAKER v. ARKANSAS. October 14, 1940. Petition for writ of certiorari to the Supreme Court of